

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-22-00229-CV

IN THE INTEREST OF C.T., A CHILD

On Appeal from the County Court at Law No. 1
Lubbock County, Texas
Trial Court No. 2016-520,269, Honorable Mark Hocker, Presiding

December 29, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Kendra Draughan, appeals from the trial court's *Order Denying Petition to Modify the Parent-Child Relationship.* Appellant's brief was due November 21, 2022, but was not filed. By letter of November 29, 2022, we notified Draughan that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by December 9. To date, Draughan has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam